FRANK P. BARTLEY, Respondent, v. ARCHIE M. ANDREWS and Others, Individually and as Trustees of ANDREWS & COMPANY, a Common-Law Trust, and Another, Appellants. (All of the defendants appeared specially.) (Appeal No. 2.) — Order denying defendants' motion to vacate injunction reversed on the law, without costs, and motion granted, without costs, on authority of *Bartley* v. *Andrews, No. 1 (ante,* p. 702), decided herewith. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

GUSTAVE BRIGGEMAN and Another, Respondents, v. HELEN L. WORSTER, Appellant.— Judgment modified by striking from the decretal part thereof the words " with the usual covenants of warranty," so that it will read. " a good and sufficient conveyance in fee simple free from all incumbrances excepting as stated in the said agreement," and as so modified unanimously affirmed, with costs to the respondents. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

ROBERT A. BRUNNER, Respondent, v. ARCHIE M. ANDREWS and Others, as Trustees of ANDREWS & COMPANY, a Common-Law Trust, Appellants, Impleaded with ARCHIE M. ANDREWS and Others, Individually. (Defendants as trustees appeared specially, but did not appear individually.)— Order denying motion to vacate warrant of attachment, and levies thereunder, and order of publication, reversed on the law, without costs, and motion granted, without costs, on authority of *Bartley* v. *Andrews, No. 1 (ante,* p. 702), decided herewith. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

P. H. CAMENSON GLASS COMPANY, Respondent, v. JOHN G. VLACHAKIS, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

JACOB CHAIMOWITZ, Appellant, v. LENA SPORN, Sometimes Known as LEONA SPORN, and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

MARJORIE CROWLEY, an Infant, by PATRICK CROWLEY, Her Guardian ad Litem, Appellant, v. ERSKINE H. LOTT, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

PATRICK CROWLEY, Appellant, v. ERSKINE H. LOTT, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.